UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

RAULDRIS CAMACHO SALINAS,                                        Petitioner,

v.                                                    Civil Action No. 4:25-cv-121-DJH

JASON WOOSLEY, Jailer, Grayson County
Detention Center et al.,                                         Respondents.

\* \* \* \* \*

## ORDER

In accordance with the Sixth Circuit's order of March 17, 2026, dismissing the appeal of

this matter (Docket No. 20), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is **CLOSED** and **STRICKEN** from the Court's docket.

March 18, 2026

David J. Hale, Chief Judge
United States District Court

1